COMMONWEALTH *vs.* JOHN MELANSON. November 25, 1977. The defendant, citing one case of no particular relevance to his appeal, challenges the constitutionality of G. L. c. 152, § 25C, under which he, as treasurer of a corporation which failed to provide for payment of workmen's compensation to its employees, was prosecuted and fined. See *Employers Mut. Liab. Ins. Co.* v. *Merrimac Mills Co.,* 325 Mass. 676, 679 (1950). That section is not vague or ambiguous in any respect identified by the defendant (compare G. L. c. 149, § 148, fourth and sixth pars.; G. L. c. 151A, § 47); nor is the complaint, which tracks the statutory language. The appeal is utterly without merit, and, if this were a civil case, we should not hesitate to assess double costs and counsel fees.

*Judgment affirmed.*

*Gary A. Nickerson,* Assistant District Attorney, for the Commonwealth.

*Samuel H. Cohen* for the defendant, submitted a brief.